UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by __KAL__ D.C.
INTAKE

JAN 1 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

NORTH AMERICAN CAPACITY INSURANCE
COMPANY, a Foreign Corporation

Plaintiff,

v.

CASE NO.:

TRAFALGAR ASSOCIATES OF AVENTURA,
LTD, a Florida Limited Partnership and
AVENTURA LAKES HOMEOWNERS
ASSOCIATION, INC., a Florida not-for-profit
corporation,

Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, NORTH AMERICAN CAPACITY INSURANCE COMPANY, a Foreign
Corporation, (hereinafter referred to as "NAC") files this Complaint for Declaratory Relief
against Defendants, TRAFALGAR ASSOCIATES OF AVENTURA, LTD, a Florida
Limited Partnership (hereinafter referred to as "TRAFALGAR") and AVENTURA LAKES
HOMEOWNERS ASSOCIATION, INC., a Florida not-for-profit corporation, (hereinafter
referred to as "AVENTURA") in accordance with Rule 57 of the Federal Rules of Civil
Procedure, and states as follows:

### JURISDICTION

1.      This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and §
2202 for the purpose of determining a question of actual controversy between the
parties.

Case No.

and,

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or a "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must: *[page 9 of 13]*

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"

**Section V – Definitions** *[pages 12 – 13 of 13]*

**12.** "Occurrence" means an accident ….

**15.** "Property damage" means physical injury to tangible property ….

**19.** "Your work" means:

a.   Work or operations performed by you or on your behalf; and

b.   Materials, parts or equipment furnished in connection with such work or operations….

9.   This Declaratory Relief action arises out of certain litigation between the Defendants currently pending before the Honorable Burton Conner in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case Number 07-03360-CA-08 (hereinafter referred to as the "Underlying Matter").  A copy of the operative complaint in the Underlying Matter is attached as composite **Exhibit B**.

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 750 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810 - (321) 972-0000 (321) 972-0099 FAX

Case No.

Orlando, Florida 32810
E-Mail: robert.swift@csklegal.com
Telephone: (321) 972-0000
Facsimile: (321) 972-0099

BY: _____
ROBERT ALDEN SWIFT
FBN: 0018518

L:\2013-0002-00\P\COMPLAINT FOR DECLARATORY RELIEF trafalgar.DOC

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 750 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810  -  (321) 972-0000 (321) 972-0099 FAX

# NORTH AMERICAN CAPACITY INSURANCE COMPANY
650 Elm Street, 6th Floor
Manchester, New Hampshire 03101-2524

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

**POLICY NO.:**   86-G-0001301

**NEW BUSINESS**

| REPRESENTATIVE | PRODUCER |
|---|---|
| P.S. & ASSOCIATES UNDERWRITING AGENCY, INC.<br>11258 CORNELL PARK DRIVE SUITE 600A<br>CINCINNATI, OHIO 45242 | GRESHAM & ASSOCIATES INSURANCE BROKERS - WEST PALM BEACH<br>360 COLUMBIA DRIVE<br>SUITE 105<br>WEST PALM BEACH, FL 33409 |

**NAMED INSURED:**   TRAFALGAR ASSOCIATES OF AVENTURA, LTD.; TRAFALGAR ASSOCIATES INC.; GUS HERNANDEZ AS QUALIFIER

**MAILING ADDRESS:**   6505 BLUE LAGOON DR., SUITE 240
MIAMI, FLORIDA 33126

**POLICY PERIOD:**   FROM: February 4, 1999          TO: February 4, 2000
(12:01 a.m. Standard Time at your mailing address shown above)

## LIMITS OF INSURANCE

| | |
|---|---|
| Each Occurrence Limit | $ 1,000,000 |
| General Aggregate (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Fire Damage Limit | $      50,000 |
| Medical Expense Limit | $    excluded |
| Employee Benefits Limit | $ 1,000,000 |
| Deductible Limit - Per Claim | $        5,000 |

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

**Form of Business:**

___X___ Other          _____ Joint Venture          _____ Partnership          _____ Corporation

**Business Description:** DEVELOPER

**Location of All Premises you Own, Rent, or Occupy:**

EAST OF BISCAYNE BLVD. BETWEEN 207 & 213 STREET, EAST FLORIDA 33181

## PREMIUM

| Classification | Code No. | Premium Basis | Rate | Advanced Premium |
|---|---|---|---|---|
| REAL ESTATE DEVELOPMENT | 47051 | PER $1,000 PAYROLL<br>FLAT | $ FLAT | $    1,799.00 |
| CONTRACTORS-EXECUTIVE SUPERVISOR | 91580 | $100,000.00 | $    67.518 | $    5,437.00 |
| CONTRACTOR-SUBCONTRACTED | 91585 | PER $1,000 COST<br>$15,000,000.00 | $    3.209 | $  38,764.00 |
| | | Total Minimum and Deposit Premium | | $  46,000.00 |

ENDORSEMENTS ATTACHED TO THIS POLICY: IL 00 21 11 85 - Broad Form Nuclear Exclusion, and as per PSA1095 attached

Countersigned at <u>Chicago, Illinois</u> This day of <u>March 10, 1999</u> By: _____
(AUTHORIZED REPRESENTATIVE)

**EXHIBIT**
**A**

ATTACHI[    ] J AND FORMING PART OF POLICY N[    ] G-0001301

## FORMS AND ENDORSEMENTS SCHEDULE

| ENDORSEMENT/FORM NUMBER | ENDORSEMENT/FORM DESCRIPTION |
|---|---|
| NAC-POL-001 (07/96) | Policy Jacket |
| CG 00 01 01 96 | Commercial General Liability Coverage Form |
| OCCI.UNG.a (Ed. 07/98) | Common Policy Terms, Clauses, Conditions and Exclusions |
| CG 21 35 01 87 | Exclusion - Coverage C - Medical Payments |
| CG 21 47 10 93 | Employment - Related Practices Exclusion |
| CG 21 60 04 98 | Year 2000 Exclusion |
| CG 22 34 01 96 | Exclusion - Construction Management Error and Omissions |
| PSA1000 (01/96) | Absolute Pollution and Contamination Exclusion |
| PSA1005.a (10/98) | Combined Single Limit of Insurance |
| PSA1006 (04/97) | Discrimination Exclusion |
| PSA1015 (01/96) | Advertising Coverage Amendment |
| PSA1016.a (06/97) | Deductible Liability Insurance |
| PSA1025 (01/96) | Sexual Misconduct Exclusion |
| PSA1129 (01/97) | Employee Benefits Liability Insurance |
| PSA1131 (11/97) | Independent Contractors Variable Limit Endorsement |
| NAC-POL-002 (07/96) | Service of Suit |

PSA1095

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

a. **Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

Copyright, Insurance Services Office, Inc., 1994

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph (d)(i) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Copyright, Insurance Services Office, Inc., 1994    CG 00 01 01 96    □

Subparagraphs **(a)** and **(d)(i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g. Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage to Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Copyright, Insurance Services Office, Inc., 1994

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a side-track agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a sub-contractor.

**m. Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION **III**); and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

Copyright, Insurance Services Office, Inc., 1994

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

c. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

## COVERAGE C. MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2.b.(2) of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

      (1) "Bodily injury" or "personal injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

   (2) "Property damage" to property:

      (a) Owned, occupied or used by,

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage A; and

    b. Medical expenses under Coverage C

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b. If a claim is made or "suit" is brought against any insured, you must:

        (1) Immediately record the specifics of the claim or "suit" and the date received; and

        (2) Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

#### a. Primary Insurance

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

#### b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

   (1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

   (2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

   (3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

   (1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

   (2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

#### c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

 Copyright, Insurance Services Office, Inc., 1994 □

**5. Premium Audit**

 a. We will compute all premiums for this Cover-age Part in accordance with our rules and rates.

 b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

 c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

 a. The statements in the Declarations are accurate and complete;

 b. Those statements are based upon representations you made to us; and

 c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

 a. As if each Named Insured were the only Named Insured; and

 b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

 a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

 b. Oral or written publication of material that violates a person's right of privacy;

 c. Misappropriation of advertising ideas or style of doing business; or

 d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

 a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

 b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

 c. All parts of the world if:

  (1) The injury or damage arises out of:

   (a) Goods or products made or sold by you in the territory described in a. above; or

Copyright, Insurance Services Office, Inc., 1994

**(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**8.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**10.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

 Copyright, Insurance Services Office, Inc., 1994 □

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**11.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**14.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

     **(a)** When all of the work called for in your contract has been completed.

     **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

     **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  Copyright, Insurance Services Office, Inc., 1994  CG 00 01 01 96

b. Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**17.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**18.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(1)** You;

   **(2)** Others trading under your name; or

   **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**19.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.

## COMMON POLICY TERMS,
## CLAUSES, CONDITIONS
## AND EXCLUSIONS

OCCI.UNG.A (07/98)

**THESE COMMON POLICY TERMS, CLAUSES, CONDITIONS AND EXCLUSIONS ARE IN ADDITION TO THE POLICY FORM(S) ATTACHED TO THIS POLICY. ALL TERMS, CLAUSES, CONDITIONS AND EXCLUSIONS CONTAINED HEREIN SUPERSEDE ANY CONTRARY TERMS, CLAUSES, CONDITIONS AND EXCLUSIONS CONTAINED IN THE POLICY FORM(S).**

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| I. | CONDITIONS | |
| | ♦ Premium Audit and Minimum Premiums | 2 |
| | ♦ Examination of Your Books and Records | 2 |
| | ♦ Inspection and Surveys | 2 |
| | ♦ Changes | 2 |
| | ♦ Transfer of Your Rights and Duties Under This Policy | 3 |
| | ♦ Cancellation | 3 |
| | ♦ Premiums | 3 |
| II. | EXCLUSIONS | 3 |

## COMMON POLICY TERMS, CLAUSES, CONDITIONS AND EXCLUSIONS
OCCI.UNG.a (07/98)

### I.   CONDITIONS

**1.   Premium Audit and Minimum Premiums**

   A.   We will compute all premiums for this policy in accordance with the terms and conditions of this policy.

   B.   Premium shown in this policy as advance premium is a deposit premium. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first named insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first named insured, subject to the minimum premiums described below.

   C.   In no event will the final premium retained by us be less than the minimum premium shown in the policy. If no other premium is designated specifically as a minimum premium, the advance premium shown in the declarations is the minimum premium.   Such minimum premium is subject to short rate or pro rate adjustment according to policy provisions in case of cancellation of the policy, subject to the absolute minimum earned premium described below.

   D.   This policy is also subject to an absolute minimum earned premium of 25% of the minimum premium shown in the policy. Such absolute minimum earned premium is not subject to pro rate or short rate adjustment in the event of cancellation by you and we shall retain no less than this absolute minimum earned premium regardless of policy term. Cancellation of the policy for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby invoking the absolute minimum earned premium.

   E.   You must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**2.   Examination of Your Books and Records**

   We may examine and audit your books and records as they relate to this policy at any time during the policy period; up to three years afterward.

**3.   Inspection and Surveys**

   We have the right but are not obligated to:

   A.   Make inspections and surveys at any time;

   B.   Give you reports on the conditions we find; and

   C.   Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.   And we do not warrant that conditions:

   A.   Are safe or healthful; or

   B.   comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, report or recommendations.

**4.   Changes**

   This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**5.   Transfer of Your Rights and Duties Under This Policy**

   Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

   If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**6.   Cancellation**

   A.   The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   B.   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      1.   TEN (10) days before the effective date of cancellation if we cancel for nonpayment of premium, or

      2.   THIRTY (30) days before the effective date of cancellation if we cancel for any other reason.

   C.   We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

2

D. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

E. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro-rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

F. If notice is mailed, proof of mailing will be sufficient proof of notice.

**7. Premiums**

The first Named Insured shown in the Declarations:

A. Is responsible for the payment of all premiums; and

B. Will be the payee for any return premiums we pay.

## II.  EXCLUSIONS

This insurance does not apply to and we have no duty to defend:

1. any claims or "suits" for "bodily injury", including psychological injury, "property damage", "personal injury" or medical payments or any other damages arising out of or resulting from exposure to or alleged exposure to lead, asbestos, or any products, structures or materials containing lead or asbestos.

2. any claims or "suits" arising out of "Aircraft Products" or reliance upon representation or warranty made with respect to such products, nor to liability arising out of the "grounding" of any aircraft.

"Aircraft Products" means (1) aircraft (including missiles and spacecraft and ground support or control equipment used in connection with aircraft); or (2) any product or article manufactured, sold or furnished by you for use in the manufacture, repair, operation, maintenance or use of any aircraft or spare parts for aircraft, including ground handling tools and equipment, or which is installed in any aircraft; or (3) any service, labor, training aids, instructions, manuals, blueprints, engineering or other data, or engineering or other advice relating to such aircraft, products or articles provided or recommended by you.

"Grounding" means the withdrawal of any aircraft from flight operations, or the imposition of speed, passenger, or load restrictions upon any aircraft, by reason of the actual, alleged, or suspected existence of any defect, fault, or condition in such aircraft or any part of such aircraft.

A "Grounding" shall be deemed to commence on the date of an accident or occurrence which discloses such defect, fault, or condition, or on date any aircraft is first withdrawn from service on account of such defect, fault, or condition, whichever occurs first.

3. any claims or "suits" for "bodily injury" resulting from any occupational or environmental disease arising out of your operations or products and affecting any employee of your's or any third party.

4. any claim of or indemnification for punitive or exemplary damages.

5. any claims or "suits" for fire legal liability coverage.

3

POLICY NUMBER: 86-G-00013C                          COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION — COVERAGE C — MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description and Location of Premises or Classification:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any locations or classification shown in the Schedule, coverage. C. MEDICAL PAYMENTS (Section I) does not apply and none of the references to it in the Coverage Part apply.

The following is added to SUPPLEMENTARY PAYMENTS (Section I):

8.     Expenses incurred by the insured for first aid to others at the time of an accident for "bodily injury" to which this insurance applies.

CG 21 35 01 87

POLICY NO. 86-G-00013(                              MMERCIAL GENERAL LIABILIT
                                                    CG 21 47 10 93

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Bodily injury" to:
(1) A person arising out of any:
    (a) Refusal to employ that person;
    (b) Termination of that person's employment; or
    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described is paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Personal injury" to:
(1) A person arising out of any:
    (a) Refusal to employ that person;
    (b) Termination of that person's employment; or
    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93

COMMERCIAL GENERAL LIABILITY
CG 21 60 04 98

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION -
## YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusions is added to Paragraph 2., Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and paragraph 2., **Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

2.      **Exclusions**

This insurance does not apply to "bodily injury" "property damage", "personal injury", or "advertising injury" arising directly or indirectly out of:

a.      Any actual or alleged failure, malfunction, or inadequacy of:

(1)     Any of the following, whether belonging to any insured or to others:
  (a)   Computer hardware, including microprocessors'
  (b)   Computer application software;
  (c)   Computer operating systems and related software:
  (d)   Computer networks;
  (e)   Microprocessors (computer chips not part of any computer system; or
  (f)   Any other computerized or electronic equipment or components; or

(2)     Any other products, and any services, data functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph 2.a(1)of this endorsement due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b.      Any advise, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 2.a of this endorsement.

CG2160 (04/98)

COMMERCIAL GENERAL LIABILITY
CG 22 34 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) and paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of:

1.    The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2.    Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

CG2234 (01/96)

ATTACHING TO  .ND FORMING PART OF POLICY ι. ͻ. 86-G-0001301

# ABSOLUTE POLLUTION AND CONTAMINATION EXCLUSION

This policy does not apply to Loss, "Personal Injury", "Bodily Injury", or "Property Damage" (actual, alleged or threatened) arising out of the discharge, dispersal, seepage, migration, release, or escape of "pollutants" whether solids, liquids or gases.

This policy does not apply to any loss, cost, defense or expense arising out of any request, demand or order to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

This policy does not apply to any loss, cost, defense or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to or assessing the effects of "pollutants".

"Pollutants" means any solid, liquid, gaseous, or thermal irritant, contaminant, hazardous substances or waste, including but not limited to, smoke, vapors, soot, dust, fumes, acids, alkalis, oil or other petroleum substances, and chemicals.

Waste includes materials to be recycled, reconditioned or reclaimed.

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE: February 4, 1999

**NOTE TO POLICY HOLDER:** This Policy does <u>not</u> cover pollution or contamination in any way, and it does not cover clean up costs. See your insurance agent, broker or advisor about this subject to determine if you need to buy this coverage specifically under another policy.

PSA1000-01/96

## COMBINED SINGLE LIMIT OF INSURANCE

SCHEDULE
Limits of Insurance        $  N/A
                           Each Claim

                           $1,000,000                    $2,000,000
                           Each Occurrence                Aggregate

The Limits of Insurance Provision is deleted and replaced by the following:

Limits of Insurance.  Regardless of the number of (1) insureds under this policy, (2) persons, entities, or organizations who sustain injury or damage, (3) "occurrences", claims made or "suits" brought on account of loss, injury or damage, our liability is limited as follows:

(A)    The limit of insurance stated above as applicable to "Each Occurrence" if any, is the total limit of our liability for all loss, injury, damage sustained by one or more persons, entities or organizations, and,

(B)    The limit of insurance stated above as applicable to "Each Claim" if any is the total limit of our liability for all loss, injury, damage sustained by one person, one entity, or one organization, all as the result of any one "occurrence" whether arising from "personal injury", "bodily injury", "property damage", or other liability coverages or all or any combination thereof covered by the policy.  For the purpose of determining the limit of our liability, all loss, injury, damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one "occurrence".

(C)    Subject to the above provision respecting "Each Claim" or "Each Occurrence", our total liability for all damages because of all loss, injury and/or damage to which this Policy applies during the policy period, shall not exceed the limit of insurance stated above as "aggregate".

(D)    We shall pay the limits of insurance shown in this endorsement in excess of the Self-Insured Retention or Deductible or Underlying Limits shown on the endorsement attached to this policy.

(E)    The inclusion of more than one Insured in any claim, "suit" or "occurrence" shall not operate to increase the limits of our liability.

(F)    The tendering of our applicable policy limit shall eliminate any further obligation, if any, to provide defense, supplementary payments or "claim expense" coverage for all claims under the coverage(s) subject to such applicable policy limit.

        "Claim Expense" shall mean investigation, adjustment and legal expenses, expenses of Independent Adjusters, interest on judgements, and fees including court costs and premium on bonds, and shall exclude all expenses for salaried employees and counsel on retainer and all office expenses of you and us.

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE: FEBRUARY 4, 1999

PSA1005.a (10/98)

POLICY NO. 86-G-0001301

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION — DISCRIMINATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE
OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE
SMP LIABILITY INSURANCE


This insurance does not apply to and we have no duty to defend any claims or "suits" for "bodily injury", including psychological injury, "property damage" or "personal injury" which include allegations of actual or alleged violations of civil rights or acts of discrimination based entirely or in part on race, gender, religion, age or sexual preference.

PSA1006 (04/97)

ATTACHING TO AND FORMING PART OF POLICY NO. 86-G-0001301

# ADVERTISING COVERAGE AMENDMENT

It is understood and agreed between the Insured and the Company that the insuring provisions of COVERAGE B. "PERSONAL INJURY" & "ADVERTISING INJURY" LIABILITY do not cover defense or indemnity of any claim, "suit", loss or expense which arise in connection with any actual or alleged infringement of intellectual property rights or violations of laws relating to any of the following:

      (1)    Patents;

      (2)    Trademarks;

      (3)    Trade Dress;

      (4)    Trade Names;

      (5)    Trade Secrets and Know-How.

SECTION V - DEFINITIONS (per Form CG 00 01) or SECTION VI - DEFINITIONS (per Form CG 00 02), NUMBER 1 IS AMENDED TO READ AS FOLLOWS:

    1.    "Advertising" means intentional action taken to attract public attention in order to arouse a desire to buy or patronize. It does not mean the act of selling or an actual offer to sell.

    2.    "Advertising injury" means injury caused by any of the following offenses that result from advertising of your products or your work.

        a.    Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

        b.    Oral or written publication of material that violates a person's right of privacy;

        c.    Misappropriation of advertising ideas or style of doing business; or

        d.    Infringement of copyright, title or slogan.

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE: February 4, 1999

PSA1015 (01/96)

ATTACHING  J AND FORMING PART OF POLICY NO.   J-G-0001301

## DEDUCTIBLE LIABILITY INSURANCE
(Claims Expense Included in Deductible)

### Schedule

| | Amount and Basis of Deductible | | Coverage |
|---|---|---|---|
| a. | $5,000<br>$NOT APPLICABLE | Per "Claim" or "Offense"<br>Per "Occurrence" or "Offense" | All coverages as provided by this Policy |
| b. | $NOT APPLICABLE | Aggregate | All coverages as provided by this Policy |
| c. | $NOT APPLICABLE<br>$NOT APPLICABLE | Per "Claim" or "Offense"<br>Per "Occurrence" or "Offense" | All coverages as provided by this Policy |

APPLICATION OF ENDORSEMENT (Enter here any limitations on the application of this endorsement. If no limitation is entered, the deductible applies to all loss however caused);

It is agreed that:

1. The Company's obligation under this policy to pay damages and "Claim Expense" on behalf of the Insured applies only to the amount of damages and "Claims Expense" in excess of any deductible amounts stated in the schedule above as applicable to such coverages. For the purpose of this endorsement "Claims Expense" shall mean investigation, adjustment and legal expenses, expenses of Independent Adjusters, interest on judgements, and fees including court costs and premium on bonds, and shall exclude all expenses for salaried employees and counsel on retainer and all office expenses of the Insured and Company.

2. The deductible amounts stated in the schedule shall apply as follows:
   - (a)
     - i. "PER CLAIM" OR OFFENSE BASIS - if the deductible is on a "per claim" or offense basis, the deductible amount applies to all damages sustained by any one person or organization, as the result of any one "occurrence";
     - ii. "PER OCCURRENCE" OR OFFENSE BASIS - if the deductible is on a "per occurrence" or offense basis, the deductible amount applies to all damages as the result of any one "occurrence".
   - (b) AGGREGATE - The amount shown above as aggregate is the total amount of all damages the Insured is subject to pay with respect to the "Per Occurrence", "Per Claim" or offense amount shown in (a) above.
   - (c) The permanent deductible amount in (c) above applies to all damages sustained by one person or organization as a result of each claim, offense or "occurrence" as indicated after the exhaustion of the aggregate.

3. The terms of the policy, including those with respect to (a) the Company's rights and duties with respect to defense of "suits" and (b) the Insured's duties in the event of an "occurrence" apply irrespective of the application of the deductible amount.

4. The Company may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, the Named Insured shall promptly reimburse the Company for such part of the deductible amount as has been paid by the Company.

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE:        February 4, 1999

PSA1016.a (06/97)

## ATTACHING TO AND FORMING PART OF POLICY NO. 86-G-0001301

## EXCLUSION — SEXUAL MISCONDUCT

This Insurance does not apply to and we have no duty to defend any claims or "suits" for "Bodily Injury" or "Property Damage" arising out of or resulting from either sexual abuse or licentious, immoral or sexual behavior whether or not intended to lead to, or culminating in any sexual act, whether caused by, or at the instigation of, or at the direction of, or omission by, you, your employees, patrons or any other person. Abuse shall include but is not limited to the negligent or intentional infliction of physical, emotional or psychological injury or harm on a person or persons. Further, claims, accusations, or charges of negligent hiring, placement, training or supervision arising from actual or alleged sexual actions(s) or any other type of actual or alleged abuse(s) are not covered.

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE: FEBRUARY 4, 1999

PSA1025 (01/96)

THIS ENDORSEMENT CH.    JES THE POLICY. PLEASE READ IT CA.    ULLY

## EMPLOYEE BENEFITS LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

ADDITIONAL DECLARATIONS

LIMITS OF LIABILITY                    DEDUCTIBLE INCLUDES CLAIMS EXPENSE

$1,000,000each claim        $1,000,000aggregate        $5,000.each claim

SCHEDULE

| Estimated Number of Employees | MANUAL CODE NO. | Rate Per Employee | ADVANCE PREMIUM |
|---|---|---|---|
| | | Rate $FLAT | $INCLUDED |

Minimum Premium $INCLUDED TOTAL ADVANCED PREMIUM $INCLUDED

In consideration of the payment of the premium, and subject to all of the provisions of the policy not expressly modified here, we agree with you as follows:

I.  COVERAGE

To pay on your behalf all sums which you shall become legally obligated to pay on account of any claim made against you by an "employee", former "employee" or the beneficiaries or legal representatives thereof and caused by any negligent act, error or omission of yours or any other person for whose acts you are legally liable in the "administration" of your "Employee Benefits Programs".

II.  EXCLUSIONS

This endorsement does not apply:

a. To any dishonest, fraudulent; criminal or malicious act, libel, slander, discrimination or humiliation

b. To any claim for damage arising from "bodily injury" or "property damage";

c. To any claim for failure of performance of contract by an insurer;

d. To any claim based upon your failure to comply with any law concerning worker's compensation, unemployment insurance, social security or disability benefits; or any of the provisions or regulations of the Employee Retirement Income Security Act (ERISA).

e. To any claim based upon:

(1)  failure of stock to perform as represented by you;

(2)  advice given by you to an "employee" to participate or not to participate in stock subscription plans.

III.  PERSONS INSURED

Each of the following is insured under this insurance to the extent set forth below:

You and any partner executive officer, director, stockholder or "employee", provided they are authorized to act in the "administration" of your "Employee Benefit Programs".

## IV.    LIMITS OF LIABILITY

The limit of liability stated in the Declarations as applicable to "each claim" is the limit of our liability for all damages incurred on account of any claim covered hereunder. The limit of liability stated in the Declarations as "aggregate" is, subject to the above provision respecting each claim, the total limit of our liability for all claims covered hereunder and occurring during each annual endorsement period. The inclusion herein of more than one insured shall not operate to increase the limits of our liability.

## V.    ADDITIONAL DEFINITIONS

(a) "Employee Benefit Programs" - The term "Employee Benefit Program" shall mean group life insurance, group health insurance, profit sharing plans, pension plans, employee stock subscription plans, worker's compensation, unemployment insurance, social security and disability benefits insurance. Should you, during the endorsement period, institute additional similar programs, such programs are included within the meaning of the term "Employee Benefit Programs" provided we are notified of such additional program or programs within a period of thirty days after the effective date thereof.

(b) "Administration" - The unqualified word "administration", wherever used, shall mean:

(1) Giving counsel to employees with respect to the "Employee Benefit Programs";

(2) Interpreting the "Employee Benefit Programs";

(3) Handling of records in connection with the "Employee Benefit Programs";

(4) Effecting enrollment, termination or cancellation of employees under the "Employee Benefit Programs"; provided all such acts are authorized by you.

EFFECTIVE DATE: FEBRUARY 4, 1999

_____
Authorized Representative

PSA1129 (01/97)

Page 2 of 2

Policy No. 86-G-0001031

Effective: 02-04-99

Issued To: TRAFALGAR ASSOCIATES OF AVENTURA, LTD; TRAFALGAR
ASSOCIATES INC; GUS HERNANDEZ AS QUALIFIER

By:     P.S. ASSOCIATES U/W AGENCY, INC.

## INDEPENDENT CONTRACTORS VARIABLE LIMIT ENDORSEMENT

It is hereby understood and agreed that the following conditions are included as part
of this policy:

The insured will obtain certificates of insurance from all independent contractors
providing evidence of:

1.    Limits of liability equal to the limits of this policy, or minimum limits of
liability equal to the following:

$1,000,000.     each occurrence

$2,000,000.     general aggregate

2.    Coverage of at least equal to the coverage provided by this policy.

Failure to comply with this condition does not alter coverage provided by this policy.
However, should the insured fail to comply, for the sole purpose of computing rates
and premium,  independent contractors will be considered employees of the insured
and a rate of $          per $1,000 for the entire cost of work sublet to that
uninsured contractor will be used as the premium base for the additional charge.

All other terms and conditions remain unchanged.

_____
Authorized Representative

PSA1131 (11/97)

## SERVICE OF SUIT ENDORSEMENT

It is understood and agreed that in the event of the failure of the Company to pay any amount claimed to be hereunder, the Company, at the request of the Named Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America. The foregoing shall not constitute a waiver of the right of the Company to remove, remand, or transfer such suit to any other court of competent jurisdiction in accordance with the applicable statutes of the state of the United States pertinent hereto. In any suit instituted against them upon this contract, the Company will abide by the final decision of such court or any appellate court in the event of an appeal.

It is further agreed that service of process in such suit may be made upon the Superintendent, Commissioner, or Director of Insurance or other person specified for that purpose in the statue or his successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Named Insured or any beneficiary hereunder arising out of this contract or insurance.

The Company hereby designated Robert M. Solitro, President, North American Capacity Insurance Company, 650 Elm Street, 6th Floor, Manchester, NH 03101-2596, as the person to who the said Superintendent, Commissioner, or Director of Insurance is authorized to mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this contract or insurance arises.

(This attaching clause needs to be completed only when this endorsement is issued subsequent to preparation of the Policy.)

This endorsement, effective February 4, 1999, forms part of policy no. 86-G-0001301, issued to TRAFALGAR ASSOCIATES OF AVENTURA, LTD.; TRAFALGAR ASSOCIATES LTD.; GUS HERNANDEZ, by NORTH AMERICAN CAPACITY INSURANCE COMPANY.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

**NAC-POL-002 (07/96)**

```
┌─────────────────┐
│ P O L I C Y     │
│ C H A N G E     │
└─────────────────┘
```

27485

_THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY._

**POLICY CHANGE NUMBER:** 4
**COMPANY:** North American Capacity Ins. Co.
**POLICY NBR:** 86G0001301
**POLICY CHANGE EFFECTIVE:** 04-14-00

**NAMED INSURED:** Trafalgar Associates of Aventura LTD; Trafalgar
Associates Inc. & Gus Hernandez as Qualifier

---

**\*\*\*CHANGES\*\*\***

In consideration of the premium charged, it is agreed that the Independent
Contractors Amendatory Endorsement (PSA1053) is hereby deleted and replaced
by Independent Contractors Variable Limit Endorsement (PSA1131), attached.

rns

02-02-00

*Profile Help for a description of each item of*     **K** = thousands;   **M** = millions;   **mrq** = *r.*   :cent quarter:

Policy No. 86G0001301

Effective: 4/14/99

Issued To: Trafalgar Associates of Adventura LTD; Trafalgar
          Associates Inc. & Gus Hernandez as Qualifier

By: North American Capacity Ins. Co.

### INDEPENDENT CONTRACTORS VARIABLE LIMIT ENDORSEMENT

It is hereby understood and agreed that the following conditions are included as part
of this policy:

The insured will obtain certificates of insurance from all independent contractors
providing evidence of:

    1.     Limits of liability equal to the limits of this policy, or minimum limits of
          liability equal to the following:

          $300,000      each occurrence

          $300,000      general aggregate

    2.     Coverage of at least equal to the coverage provided by this policy.

Failure to comply with this condition does not alter coverage provided by this policy.
However, should the insured fail to comply, for the sole purpose of computing rates
and premium, independent contractors will be considered employees of the insured
and a rate of $ TBD         per $1,000 for the entire cost of work sublet to that
uninsured contractor will be used as the premium base for the additional charge.

All other terms and conditions remain unchanged.

<br>

                                 *Robert Shaffer*
                                Authorized Representative

```
P O L I C Y
C H A N G E
```

27485/IEL064011

*THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.*

**POLICY CHANGE NUMBER:** 3
**COMPANY:** North American Capacity Ins. Co.
**POLICY NBR:** 86G0001301
**POLICY CHANGE EFFECTIVE:** 09-02-99

**NAMED INSURED:** Trafalgar Associates of Aventura LTD; Trafalgar
Associates Inc. & Gus Hernandez as Qualifier

---

**\*\*\*CHANGES\*\*\***

In consideration of the additional premium shown below, it is understood
and agreed that the following locations are added and now form a part of
this policy:

> 3021 NE 207 Terr
> Miami, Florida 33180
> 2 story, 2,234 sq ft

> 20755 NE 31 Place
> Miami, Florida 33180
> 2 story, 2,620 sq ft

| | |
|---|---|
| ADDITIONAL PREMIUM | $100.00 |
| TOTAL | $100.00 |

jp

12-08-99

```
┌─────────────────┐
│ P O L I C Y     │
│ C H A N G E     │
└─────────────────┘
```

27485

*THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.*

POLICY CHANGE NUMBER: 2
COMPANY: North American Capacity Ins. Co.
POLICY NBR: 86G0001301
POLICY CHANGE EFFECTIVE: 02-04-99

NAMED INSURED: Trafalgar Associates of Aventura LTD; Trafalgar
Associates Inc. & Gus Hernandez as Qualifier

---

***CHANGES***

In consideration of the premium charged, it is understood that the following rates on the classes shown are mended to read:

| Class | Rate | Exposure | Premium |
|---|---|---|---|
| Contractors-Executive Supervisors | $54.37 | $100,000 | $5,437. |
| Contractors-Subcontracted Work | $2.584 | $15,000,000 | $38,764 |

rns

08-24-99

```
┌─────────────────┐
│  P O L I C Y    │
│  C H A N G E    │
└─────────────────┘
```

Policy Change Number: 1

27485/

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

**COMPANY:** North American Capacity Ins. Co.
**POLICY NBR:** 86G0001301

**POLICY CHANGES EFFECTIVE:** 04-14-99

**NAMED INSURED:** Trafalgar Associates of Aventura LTD; Trafalgar Associates Inc. & Gus Herna Qualifier

**COVERAGE PARTS AFFECTED**
Commercial General Liability Coverage Part

***CHANGES***

It is hereby understood and agreed that form # PSA 1131 (Independent Contractors Variable Limit Endorsement) is deleted from this policy.

Further, it is understood that form # PSA 1053 (Independent Contractors Amendatory Endorsement) is added to this policy.

lac

04-22-99

ATTACHING TO AND FORMING PART OF POLICY NO.

# INDEPENDENT CONTRACTORS AMENDATORY ENDORSEMENT
## RESTRICTION OF COVERAGE

A.     One of the material representations made by you, through your broker, which has induced the company to provide this insurance, is that all your independent contractors are required by you:

    1.     to carry insurance at least equal to the insurance described in the schedule below and,

    2.     to provide in advance certificates of insurance showing evidence of the required insurance and,

    3.     to hold you harmless under contract as respects liability arising from the negligence of such independent contractor.

B.     It is understood and agreed that such coverage as afforded by the policy to which this endorsement is attached shall not apply to "occurrences" arising out of operations performed by independent contractors unless such independent contractors have, in force at the time of such "occurrence", insurance of the type described in the schedule below and the limits of liability for insurance are equal to or greater than those shown in the schedule below.  It is further agreed that subject to the foregoing, such insurance as is provided by this policy shall be excess over such insurance as described in the schedule below.  The terms and conditions of the policy relating to "other insurance" are amended accordingly.

SCHEDULE

C.     KIND OF INSURANCE:

    [ X ] 1.     Comprehensive General Liability
    [---] 2.     Broad Form
    [---] 3.     Other_____
    [---] 4.     Personal Injury Liability
    [---] 5.     Bodily Injury Liability          [ X ] 6. Property Damage Liability
                  $_____ Each Occurrence          $_____ Each Occurrence
                   $_____ Aggregate          $_____ Aggregate
    [ X ] 7.     or $ 300,000  Combined Single Limit,
    [---] 8.     Personal Injury
    [---] 9.     Bodily Injury and Property Damage
    [---]10.     _____

The DECLARATIONS, INSURING AGREEMENTS, DEFINITIONS, EXCLUSIONS and CONDITIONS of this Policy otherwise remain unchanged.

EFFECTIVE DATE:

PSA1053 (01/96)

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAFALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

210. As a direct and proximate result of CAMPANILE's breach of
duty, the ASSOCIATION, through the assessment of its
members, has been and/or will be required to expend large
sums of money for the repair, replacement and correction
of the work performed on the bulkhead.

211. Florida Statutes, Section 553.84, states:

> Notwithstanding any other remedies
> available, any person or party, in an
> individual capacity or on behalf of a class
> of persons or parties, damaged as a result
> of a violation of this part or the state
> minimum building codes, has a cause of
> action in any court of competent
> jurisdiction against the person or party who
> committed the violation.

**WHEREFORE**, the ASSOCIATION demands judgment for damages
against Defendant, CAMPANILE, together with interest and costs
and such other and further relief as this Court deems just and
proper.

### COUNT XV
### BREACH OF MINIMUM BUILDING CODES
### (as to DEFENDANT, CCL)

212. The ASSOCIATION repeats and realleges paragraphs one (1)
through sixty-eight (68) as if fully set forth herein.

213. Although there is no reference to FBC within the text of
the DERM Permit, Florida Statutes, Chapter 553, mandates
the inclusion and implementation of the FBC.

52

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAFALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

214. Accordingly, CCL undertook the duty to prepare and review plans, specifications and engineering designs and perform inspections of the bulkhead in accordance with the FBC.

215. CCL breached said duty by failing to prepare and review plans, specifications and engineering designs and perform inspections of the bulkhead in accordance with the FBC.

216. Since the project was constructed in 1996, the governing building code would have been the SFBC.

217. Specific to the SFBC is the requirement for compliance with the permit documents, i.e., DERM Permit Conditions and the approved Construction Drawings and Plans.

218. Moreover, Section 304.2(c) of the SFBC states:

> Compliance of the permit documents with the requirements of this Code shall be the responsibility of the design professional who signs and seals such documents.

219. CCL breached its duties under the FBC, as evidenced by the three Notices of Violation and Orders for Corrective Action issued by Miami-Dade County, referenced above, copies of which are attached hereto as Exhibits G, H and J.

220. As a direct and proximate result of CCL's breach of duty, the ASSOCIATION, through the assessment of its members, has been and/or will be required to expend large sums of

53

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAPALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

money for the repair, replacement and correction of the work performed on the bulkhead.

221. Florida Statutes, Section 553.84, states:

> Notwithstanding any other remedies available, any person or party, in an individual capacity or on behalf of a class of persons or parties, damaged as a result of a violation of this part or the state minimum building codes, has a cause of action in any court of competent jurisdiction against the person or party who committed the violation.

**WHEREFORE**, the ASSOCIATION demands judgment for damages against Defendant, CCL, together with interest and costs and such other and further relief as this Court deems just and proper.

## COUNT XVI
### BREACH OF MINIMUM BUILDING CODES
### (as to DEFENDANTS, BARREIRO and K&B)

222. The ASSOCIATION repeats and realleges paragraphs one (1) through sixty-eight (68) as if fully set forth herein.

223. Neither the City of Aventura Community Development Department nor the Miami-Dade County Building Department issued any permit for the subject project.

224. The variance granted by EQCB, referenced above, placed the permitting responsibility solely on DERM.

54

LAW OFFICES HYMAN SPECTOR & MARS, LLP

MUSEUM TOWER, TWENTY-SEVENTH FLOOR, 150 WEST FLAGLER STREET, MIAMI, FL 33130 • DADE 371-4244 • BROWARD 763-8908

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAFALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

225. Therefore, DERM is the governing authority for the subject project.

226. Although there is no reference to the FBC within the text of the DERM Permit, Florida Statutes, Chapter 553, mandates the inclusion and implementation of the FBC.

227. Accordingly, BARREIRO and K&B undertook the duty to prepare and review plans, specifications and engineering designs for the bulkhead in accordance with the FBC.

228. BARREIRO and K&B breached said duty by failing to prepare and review plans, specifications and engineering designs for the bulkhead in accordance with the FBC.

229. Since the project was constructed in 1996, the governing building code would have been the SFBC.

230. Specific to the SFBC is the requirement for compliance with the permit documents, i.e., DERM Permit Conditions and the approved Construction Drawings and Plans.

231. BARREIRO and K&B breached their duties under the FBC, as evidenced by the three Notices of Violation and Orders for Corrective Action issued by Miami-Dade County, referenced above, copies of which are attached hereto as Exhibits G, H and J.

LAW OFFICES HYMAN SPECTOR & MARS, LLP

MUSEUM TOWER, TWENTY-SEVENTH FLOOR, 150 WEST FLAGLER STREET, MIAMI, FL 33130 • DADE 371-4244 • BROWARD 763-8908

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAFALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

232. As a direct and proximate result of BARREIRO and K&B's breach of duty, the ASSOCIATION, through the assessment of its members, has been and/or will be required to expend large sums of money for the repair, replacement and correction of the work performed on the bulkhead.

233. Florida Statutes, Section 553.84, states:

> Notwithstanding any other remedies available, any person or party, in an individual capacity or on behalf of a class of persons or parties, damaged as a result of a violation of this part or the state minimum building codes, has a cause of action in any court of competent jurisdiction against the person or party who committed the violation.

**WHEREFORE**, the ASSOCIATION demands judgment for damages against Defendants, BARREIRO and K&B, together with interest and costs and such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all matters so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing is being furnished by U.S. Mail this 25th day of February, 2008 to: J. Randolph Liebler, Esq., Liebler, Gonzalez

56

LAW OFFICES HYMAN SPECTOR & MARS, LLP

MUSEUM TOWER, TWENTY-SEVENTH FLOOR, 150 WEST FLAGLER STREET, MIAMI, FL 33130 • DADE 371-4244 • BROWARD 763-8908

AVENTURA LAKES HOMEOWNERS ASSOCIATION, INC., v.
TRAFALGAR ASSOCIATES OF AVENTURA, INC., et al.
CASE NO.: 07-03360 CA 08

& Portuondo, P.A., Attorneys for Trafalgar, Courthouse Tower, 25th Floor, 44 West Flagler Street, Miami, Florida 33130; Allen Bosworth, Esq., Attorney for Louis R. Campanile, Jr., 507 SE 11th Court, Fort Lauderdale, Florida 33316; W. David Jester, Esquire, Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Attorneys for IBI Group,Inc., f/k/a CCL Consultants, Inc., 118 East Garden Street, Pensacola, Florida 32502; Curtis L. Brown, Esq., Wright, Fulford, Moorhead & Brown, P.A., Attorney for David Barreiro and Kaderabek & Barreiro Consultants, Inc., 145 North Magnolia Avenue, P.O. Box 2828, Orlando, Florida 32802.

Respectfully submitted,

**HYMAN SPECTOR & MARS, LLP**
*Attorneys for Plaintiff*
Museum Tower, Suite 2701
150 West Flagler Street
Miami, Florida 33130
Tel: 305/371.4244
Fax: 305/371.5930

By: _____

**Gary M. Mars, Esq.**
Florida Bar No.: 904287
**Marc A. Rubin, Esq.**
Florida Bar No.: 062626
**Jeffrey S. Respler, Esq.**
Florida Bar No.: 608785

57